1048

COLLEEN MULVIHILL EDWARDS, *Appellant*, v. TACOMA GENERAL HOSPITAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-05690-3, Katherine M. Stolz, J., entered August 17, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

MARK J. GARRISON, *Appellant*, v. CNF TRANSPORTATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01090-7, Paula Casey, J., entered September 19, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY V. BLOCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00925-0, Tari S. Eitzen, J., entered November 26, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.

DAN LAMBERT, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-00903-5, Michael P. Price, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.